**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA** FILED

2010 JUN -7 AM 10: 10

CLERK US DISTRICT COURT
DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

OMAR ISAAC CORONADO (1),

                    Defendant.

CASE NO. 10CR1335-BEN

**JUDGMENT OF DISMISSAL**

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____   the Court has dismissed the case for unnecessary delay; or

_____   the Court has granted the motion of the Government for dismissal; or

_____   the Court has granted the motion of the defendant for a judgment of acquittal; or

_____   a jury has been waived, and the Court has found the defendant not guilty; or

_____   the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of: **TITLE 21 U.S.C. §952 and 960.**

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 1, 2010

HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____